UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH PETERSON,<br><br>      Plaintiff,<br><br>   v.<br><br>SUTTER MEDICAL FOUNDATION, et al.,<br><br>      Defendants. | Case No. 3:21-cv-04908-WHO<br><br>**ORDER EXTENDING TIME TO SERVE**<br><br>Re: Dkt. No. 16 |

In light of the plaintiff's representations of diligence and the number of defendants in this case, there is good cause to extend the deadline to serve any remaining unserved defendant to October 24, 2021.  Fed. R. Civ. P. 6(b)(1).

**IT IS SO ORDERED.**

Dated: August 30, 2021

William H. Orrick
United States District Judge