UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH PETERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTER MEDICAL FOUNDATION, et al.,<br><br>        Defendants. | Case No. 3:21-cv-04908-WHO<br><br>**ORDER GRANTING MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 63 |

The unopposed motion to extend the time to respond to the motion to dismiss is granted. The plaintiff shall file an opposition by December 17, 2021. Any reply shall be filed by December 28. The hearing date will remain unchanged.

**IT IS SO ORDERED.**

Dated: December 7, 2021



William H. Orrick
United States District Judge