United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUTTER MEDICAL FOUNDATION, et al.,<br><br>　　　　Defendants. | Case No. 3:21-cv-04908-WHO<br><br>**ORDER ON BRIEFING AND HEARING SCHEDULE**<br><br>Re: Dkt. No. 87 |

　　The parties' joint motion (Dkt. No. 87) is GRANTED. The oppositions to the pending motions are due May 11, 2022; replies are due May 25, 2022. The hearing on all pending motions (Dkt. Nos. 79, 80, 81, 82) is reset for June 8, 2022, at 2:00 pm.

　　The parties are reminded to submit all proposed orders by email in Microsoft Word (in addition to PDFs on the docket) as required by the Local Rules.

　　**IT IS SO ORDERED.**

Dated: April 27, 2022



William H. Orrick
United States District Judge