UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH PETERSON,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SUTTER BAY MEDICAL FOUNDATION; et, al.<br><br>　　　　　　Defendants. | Case No. 3:21-cv-04908-WHO<br><br>**ORDER ON BRIEFING<br>AND HEARING SCHEDULE** |

The parties' joint motion is GRANTED, as modified. The oppositions to the pending motions are due May 18, 2022; replies are due June 1, 2022. The hearing on all pending motions (Dkt. Nos. 79, 80, 81, 82) shall proceed on Zoom videoconference at 2:00 p.m. on **June 15, 2022**, unless and until this Court continues the hearing for one or more of the motions via a separate order.

IT IS SO ORDERED.

Dated: May 11, 2022

William H. Orrick
United States District Judge

Case No. 3:21-cv-04908-WHO