UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH PETERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTER MEDICAL FOUNDATION, et al.,<br><br>        Defendants. | Case No. 3:21-cv-04908-WHO<br><br>**ORDER ON BRIEFING AND HEARING DATES**<br><br>Re: Dkt. No. 122 |

After consideration of the Joint Stipulation at Dkt. No. 122, and upon good cause appearing, the Court orders the following:

1. Plaintiff has until May 17, 2023, to file his Opposition to Defendants' Motion;
2. Defendants have until May 24, 2023, to file their Reply in support of their Motion.
3. The continued hearing on Defendants Motion shall be held on June 7, 2023.

**IT IS SO ORDERED.**

Dated: March 31, 2023



William H. Orrick
United States District Judge