UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH PETERSON,<br><br>   Plaintiff,<br><br>  v.<br><br>SUTTER MEDICAL FOUNDATION, et al.,<br><br>   Defendants. | Case No. 3:21-cv-04908-WHO<br><br>**ORDER GRANTING MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 133 |

Given that plaintiff's attorneys are currently ill and unable to meet today's deadline to file the opposition to the pending motion for attorney fees, plaintiff's motion to extend time to file the opposition is GRANTED. *See* Dkt. No. 133. The opposition is now due June 12, 2023. Any reply brief from the defendants is due June 19, 2023. The hearing on the motion is reset for July 12, 2023, at 2:00 p.m. via Zoom videoconference.

Additionally, the parties are reminded of Civil Local Rule 5-1(f), requiring submission of Word versions of proposed orders to my proposed order inbox: whopo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 17, 2023

William H. Orrick
United States District Judge