UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH PETERSON,<br><br>               Plaintiff,<br>    v.<br><br>SUTTER BAY MEDICAL FOUNDATION;<br>SUTTER BAY HOSPITALS;<br>NEIL STOLLMAN, M.D.;<br>ROD PERRY, M.D.;<br>PHILIP RICH, M.D.,<br><br>               Defendants. | Case No. 3:21-cv-04908-WHO<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES AND HEARING DATE**<br><br>Trial Date:   January 8, 2023 |

**[~~PROPOSED~~] ORDER**

Upon consideration of the Parties' Joint Stipulation to Extend Deadlines and Hearing Date, dated August 4, 2023, and good cause appearing, **IT IS HEREBY ORDERED** that the deadlines for the Parties to brief and the Court to hear Defendants' Motion for Summary Judgment, and the deadlines for the Parties to complete rebuttal expert reports and discovery, shall be modified as set forth below:

Plaintiff's Opposition to Defendants' Motion for Summary Judgment – due Sept. 1, 2023

Defendants' Reply in Support of Motion for Summary Judgment – due Sept. 15, 2023

Hearing on Defendants' Motion for Summary Judgment – Sept. 27, 2023, 2:00 p.m. ~~9 a.m.~~

Deadline to hear Dispositive motions – Sept. 27, 2023

1  Expert rebuttal disclosures – due Oct. 11, 2023

2  Expert discovery cutoff – Oct. 25, 2023

3  **IT IS SO ORDERED.**

4

5  DATED: August 7, 2023

_____
William H. Orrick
United States District Judge